ELLIOT ENOKI
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Room 6100
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2001

WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLEN Y. YONAMINE, )<br>)<br>Defendant. )<br>_____ ) | CR. NO. CR01-00422<br><br>INDICTMENT<br>[18 U.S.C. § 2113(a)] |

## INDICTMENT

The Grand Jury charges:

On or about September 15, 2001, in the District of Hawaii, defendant, GLEN Y. YONAMINE did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of

Central Pacific Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: October 10, 2001, Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY


_____
ELLIOT ENOKI
United States Attorney
District of Hawaii


_____
RONALD G. JOHNSON
Assistant U.S. Attorney


United States v. Glen Y. Yonamine
Cr. No. _____
"Indictment"

2